PHILLIP A. TALBERT
Acting United States Attorney
KEVIN C. KHASIGIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:21-CV-01895-JAM-DB |
|---|---|
| Plaintiff, | |
| v. | ORDER TO EXTEND THE DEADLINE TO SUBMIT A JOINT STATUS REPORT FROM DECEMBER 20, 2021 TO FEBRUARY 18, 2022 |
| APPROXIMATELY $2,248,973.86 SEIZED FROM CITIBANK ACCOUNT NUMBER 42026878480, | |
| Defendant. | |

Pursuant to the United States' Request to Extend the Deadline to file a Joint Status Report, the Court finds that there is good cause to extend the deadline to file a Joint Status Report from December 20, 2021 to February 18, 2022.

IT IS SO ORDERED.

DATED:  December 16, 2021                       /s/ John A. Mendez
                                                THE HONORABLE JOHN A. MENDEZ
                                                UNITED STATES DISTRICT COURT JUDGE