PHILLIP A. TALBERT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>APPROXIMATELY $2,248,973.86 SEIZED FROM CITIBANK ACCOUNT NUMBER 42026878480,<br><br>Defendant. | No. 2:21-cv-1895 JAM DB<br><br>FINDINGS AND RECOMMENDATIONS |

This matter came before the Honorable Magistrate Judge Deborah Barnes on the United States' *ex parte* motion for default judgment.  There was no appearance by or on behalf of any other person or entity claiming an interest in the above-captioned defendant funds to oppose the United States' motion. Based on the United States' motion and the files and records of the court, THE COURT FINDS as follows:

1. This action arose out of a Verified Complaint for Forfeiture *In Rem* filed October 12, 2021.

2. The United States has moved this Court, pursuant to Local Rule 540, for entry of default judgment of forfeiture against potential claimants Ronald Hilliard, Helen Carlos, and the Citibank Account Holder.

////

3. The United States has shown that a complaint for forfeiture was filed; that potential claimants Ronald Hilliard, Helen Carlos, and the Citibank Account Holder received notice of the forfeiture action; that any and all other unknown potential claimants have been served by publication; and that grounds exist for entry of a final judgment of forfeiture.

Therefore, IT IS RECOMMENDED as follows:

1. That Ronald Hilliard, Helen Carlos, and the Citibank Account Holder be held in default;

2. That the United States' motion for default judgment and final judgment of forfeiture be granted;

3. That judgment by default be entered against any right, title, or interest of potential claimants Ronald Hilliard, Helen Carlos, and the Citibank Account Holder in the defendant funds referenced in the above caption;

4. That a final judgment be entered, forfeiting all right, title, and interest in the defendant funds to the United States, to be disposed of according to law;

5. That the Default Judgment and Final Judgment of Forfeiture lodged herein be signed by the Honorable John A. Mendez and filed by the Clerk of the Court.

Dated:  February 17, 2022

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:6
DB/orders/orders.civil/USv$2,248.973.86.mdj.f&rs