IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>APPROXIMATELY $2,248,973.86 SEIZED FROM CITIBANK ACCOUNT NUMBER 42026878480,<br><br>Defendant. | No. 2:21-cv-1895 KJM DB<br><br>ORDER |

This matter was referred to a United States Magistrate Judge as provided by Local Rule 302(c)(19). On February 18, 2022, the magistrate judge filed findings and recommendations, which were served on plaintiff. The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

The court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by the magistrate judge are reviewed de novo by both the district court and [the appellate] court . . . ."). Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

/////

Accordingly, **IT IS HEREBY ORDERED** that:

1. The findings and recommendations filed February 18, 2022 (ECF No. 16) are adopted in full;

2. Ronald Hilliard, Helen Carlos, and the Citibank Account Holder are held in default;

3. The United States' motion for default judgment and final judgment of forfeiture (ECF No. 15) is granted;

4. A judgment by default is entered against any right, title, or interest of potential claimants Ronald Hilliard, Helen Carlos, and the Citibank Account Holder in the defendant funds referenced in the above caption;

5. Final judgment is entered, forfeiting all right, title, and interest in the defendant funds to the United States, to be disposed of according to law; and

6. This case is closed.

DATED:  June 28, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE